**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-01166-VAP (DTBx)                    Date:  February 5, 2014

Title:   CHERYL SOMMERS -v- BANK OF AMERICA, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION, LLC.
===============================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:      ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR AT SCHEDULING CONFERENCE (IN CHAMBERS)

   On November 15, 2013, the Court issued an Order setting a scheduling conference in this matter for 1:30 p.m. on February 3, 2014.  (<u>See</u> Order (Doc. No. 13).)  In violation of Local Rule 16-13, Plaintiff Cheryl Sommers's counsel, Robert S. Sola, failed to attend the conference.

   Plaintiff's counsel is therefore ORDERED to show cause, in writing, no later than February 12, 2014, why sanctions should not issue in the amount of $500.00 for his failure to appear at the conference.

   The scheduling conference in this matter is continued to March 10, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**