# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 13-01166-VAP (DTBx)                    Date:  September 3, 2014

Title:      CHERYL SOMMERS -v- BANK OF AMERICA, N.A., EQUIFAX
            INFORMATION SERVICES, LLC, EXPERIAN INFORMATION
            SOLUTIONS, INC., AND TRANSUNION, LLC.
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

            Marva Dillard                         None Present
            Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR               ATTORNEYS PRESENT FOR
PLAINTIFFS:                         DEFENDANTS:

            None                            None

PROCEEDINGS:        MINUTE ORDER GRANTING PLAINTIFF'S MOTION FOR
                    LEAVE TO FILE AMENDED AND SUPPLEMENTAL
                    COMPLAINT (DOC. NO. 38) (IN CHAMBERS)

        Before the Court is Plaintiff's "Unopposed Motion for Leave to File Amended
and Supplemental Complaint" ("Motion") (Doc. No. 38).  The Motion is appropriate
for resolution without a hearing, and accordingly, the Court VACATES the hearing
set for September 8, 2014, at 2:00 p.m.  See Fed. R. Civ. P. 78; L.R. 7-15.  After
consideration of the papers filed in support of the Motion, the Court GRANTS the
Motion.


## I. BACKGROUND

On July 1, 2013, Plaintiff filed a Complaint against Defendants Bank of

MINUTES FORM 11                              Initials of Deputy Clerk __md___
CIVIL -- GEN                      Page 1

EDCV 13-01166-VAP (DTBx)
CHERYL SOMMERS v. BANK OF AMERICA, N.A., ET AL.hahaha
MINUTE ORDER of September 3, 2014

America NA, Equifax Information Services LLC, Experian Information Solutions Inc., and Transunion LLC.  (Doc. No. 1.)  Plaintiff alleges violations of the California Consumer Credit Reporting Agencies Act, Cal. Civ. Code § 1785.25 et seq., against Bank of America.  Plaintiff also alleges violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., against all Defendants.

This Court set July 21, 2014 as the deadline for Plaintiff to file a motion to amend her pleadings.  (Doc. No. 29.)  On July 23, 2014, Plaintiff filed an "Unopposed Motion for Leave to File Amended and Supplemental Complaint."  (Doc. No. 35.)[1]  In support of her Motion, Plaintiff attached her first Amended and Supplemental Complaint ("FAC") (Doc. No. 38-2).

Plaintiff seeks "leave to file her Amended and Supplemental Complaint to add facts that were not in the Complaint, to include events that occurred after the Complaint was filed, and to correct two citations."  (Motion at 2.)

Plaintiff attempted to file the Amended and Supplemental Complaint by the July 21, 2014 deadline.  (Id.)  Plaintiff contacted all Defendants to learn if there were any objections.  (Id.)  Plaintiff did not hear back from one Defendant before the filing deadline.  (Id.)  Plaintiff waited to hear back from that Defendant to file this Motion, wishing to conserve the Court's resources.  (Id.)  After the final Defendant told Plaintiff it did not object, Plaintiff filed the Amended and Supplemental Complaint on July 23, 2014.  (Doc. No. 35.)

## II. LEGAL STANDARD

[1]     Plaintiff mistakenly omitted the hearing information on her July 23, 2014 filing.  (See Doc. Nos. 36-37.)  That document was stricken and counsel was ordered to re-file.  (Id.)  Plaintiff timely re-filed the instant Motion on August 1, 2014.  (See id.; Motion.)  The Court, therefore, considers the operative motion to be the August 1 motion and the filing date as July 23.

EDCV 13-01166-VAP (DTBx)
CHERYL SOMMERS v. BANK OF AMERICA, N.A., ET AL.hahaha
MINUTE ORDER of September 3, 2014

Plaintiff seeks leave to amend and supplement the complaint.

## A.   Amending the Pleadings

A court will grant a party leave to amend its pleadings freely, as required by Federal Rule of Civil Procedure 15(a)(2).  Where, however, the deadline to amend the pleadings has passed, a court must evaluate the motion under Federal Rule of Civil Procedure Rule 16.  See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).  Under that Rule, Plaintiff "must show good cause for not having amended the[] complaint[] before the time specified in the scheduling order expired." Id.  The party's diligence in seeking the amendment is a court's primary consideration.  Id.

## B.   Supplementing the Pleadings

A court may "on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened *after* the date of the pleading to be supplemented."  Fed. R. Civ. P. 15(d) (emphasis added).  Leave of the court is required to serve a supplemental pleading.  Wagner v. Prof'l Eng'rs in Cal. Gov't, 354 F.3d 1036, 1052 (9th Cir. 2004).  The goal of Rule 15(d) is to promote judicial efficiency.  Planned Parenthood of S. Ariz. v. Neely, 130 F.3d 400, 402 (9th Cir. 1997).  Courts should assess "whether the entire controversy between the parties could be settled in one action."  Id. (quoting 6A Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 1506 (1990)). Leave to permit supplemental pleading is "favored."  Id. (citing Keith v. Volpe, 858 F.2d 467, 473 (9th Cir. 1988)).  But "it cannot be used to introduce a 'separate, distinct and new cause of action.'" Id. (quoting Berssenbrugge v. Luce Mfg. Co., 30 F. Supp. 101, 102 (D. Mo. 1939)).

## III. DISCUSSION

Plaintiff must show good cause to amend her pleadings since the instant Motion was filed after the July 21, 2014 deadline set in the scheduling order (Doc. No. 29).  Plaintiff was diligent in trying to determine whether any Defendant opposed the Motion before filing it.  Plaintiff's delay in filing the Motion amounted to a few days.  (Doc. Nos. 29, 35.)  The delay occurred because Plaintiff waited to hear back from all Defendants about opposition to the Motion before filing.  (Motion at 2-3.)  In the end, no Defendant voiced opposition to Plaintiff amending and supplementing

MINUTES FORM 11                                              Initials of Deputy Clerk __md___
CIVIL -- GEN                        Page 3

EDCV 13-01166-VAP (DTBx)
CHERYL SOMMERS v. BANK OF AMERICA, N.A., ET AL.hahaha
MINUTE ORDER of September 3, 2014

her complaint.  (Id.)

Plaintiff also attempts to supplement her pleadings.  (Motion at 1.)  Plaintiff seeks to add that "Trans Union's violations of the FCRA" and Bank of America's "violations of the Civil Code § 1785.25(a) continued after [she] filed her complaint." (FAC ¶¶ 37-38.)  These facts deal with the same controversy and Defendants as in the original complaint.  (See Doc. No. 1.)  Again, Defendants conveyed their non-opposition to Plaintiff supplementing her complaint.  (Motion at 2-3.)

As Plaintiff has shown good cause, exercised due diligence, and no Defendant opposes the Motion, Plaintiff's Motion to amend her complaint is GRANTED.  For the same reasons, and because the supplementing facts arise out of the same controversy and deal with the same Defendants, Plaintiff's Motion to supplement and amend her complaint is GRANTED.

## IV. CONCLUSION
For the reasons stated above, the Court GRANTS the Motion.

**IT IS SO ORDERED.**